1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES JAMES CHATMAN,

11          Petitioner,                    No. CIV S-07-1694 GEB EFB P

12       vs.

13   TOM FELKER, et al.,

14          Respondents.                   ORDER

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.  He seeks leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915.  However, a

18   threshold question arises as to in which district this action should proceed.

19        Petitioner was convicted in the San Mateo County Superior Court and is currently

20   confined at High Desert State Prison, which is located in the Lassen County.  Although this court

21   and the United States District Court in the district where petitioner was convicted both have

22   jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses

23   and evidence necessary for the resolution of petitioner's application are more readily available in

24   the county of conviction.  *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

25        Therefore, the court takes no action on petitioner's application to proceed *in forma*

26   *pauperis,* and transfers this action to the United States District Court for the Northern District of

                                          1

1   California.  28 U.S.C. §§ 84(a); 1404(a).

2        Accordingly, it is ORDERED that this action is transferred to the United States District

3   Court for the Northern District of California.

4   Dated:   November 27, 2007.

5                                              _____
                                               EDMUND F. BRENNAN
6                                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26